UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES KENNETH WALLACE, SR. RONALD HILLIS,<br><br>        Plaintiff,<br><br>-against-<br><br>ALL PERSONAL LIABILITY CARRIERS-UNDERWRITERS OF LAND, ET AL,<br><br>        Defendants. | 22-CV-8022 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 23, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: December 23, 2022
     New York, New York

                  /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge