UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES KENNETH WALLACE, SR., et al.,<br><br>                           Plaintiff,<br><br>-against-<br><br>ALL PERSONAL LIABILITY CARRIERS-UNDERWRITERS OF LAND, et al.,<br><br>                          Defendants. | 22-CV-8022 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2024
            New York, New York

                                                                 /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                 Chief United States District Judge